AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts
Southern District of Texas
**FILED**
JUL - 2 2018
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUAN CARLOS VAZQUEZ OROZCO | ) | Case No.  H18-1045M |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/28/2018__ in the county of __Brazos__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 Section 1073 | Unlawful Flight to Avoid Prosecution |
| Title 18 Section 2113 | Bank Robbery |

This criminal complaint is based on these facts:

Please see attached document.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Derrick W. Austin
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/02/2018__

_____
*Judge's signature*

City and state: __Houston, Texas__          Stephen Wm. Smith, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Derrick W. Austin, Special Agent (SA) with the Federal Bureau of Investigation (FBI) - Houston Division/Bryan Resident Agency, Bryan, Texas, being duly sworn, declare that the following is true and correct to the best of my knowledge:

1. I have been employed as a Special Agent with the FBI since September 2017. I have conducted criminal investigations, to include white collar and violent crime, during my tenure with the FBI.

2. This Affidavit is made in support of a complaint on JUAN CARLOS VAZQUEZ OROZCO, date of birth 04/11/1982, formerly from the country of Mexico. That said, VAZQUEZ OROZCO also had a previous residence at 510 Avondale Avenue, Apartment #2, Bryan, Brazos County, Texas, which is in the Southern District of Texas.

3. Based on the information contained in this Affidavit, it is my belief that there is probable cause that on March 28, 2018, VAZQUEZ OROZCO committed a violation of Title 18, United States Code, Section 2113 - Bank Robbery. Probable cause also exists to believe VAZQUEZ OROZCO subsequently fled the State of Texas to avoid being prosecuted for the state felony offense of theft, $30,000 - $100,000, a charge that was lodged by Detectives of the Bryan Police Department.

4. This Affidavit is being submitted for the limited purpose of securing arrest warrants and not every detail of the investigation is included in this Affidavit. I have set forth only the facts I believe are necessary to establish probable cause to believe that VASQUEZ OROZCO has committed the aforementioned violations.

5. On March 28, 2018, at 11:47 AM the Bryan, TX Police Department along with FBI Special Agents responded to FDIC-insured First Convenience Bank, a division of First National Bank of Texas, 725 East Villa Maria Rd in response to a demand note robbery at that location. A Hispanic male, reported to be in his mid-thirties, approached the counter and demanded that the victim teller deposit $80,000 into the subject's First Convenience Bank account. He then showed a note to the victim teller and advised if the teller didn't comply with the order that he would kill the teller's family. Written on the note were the names of the teller's mother and father. The subject swiped his debit card and the teller deposited $80,000 into the requested account and the subject fled the bank in a green Ford Ranger pickup truck.

6. Customer information provided by banking personnel for the debit card that had been swiped yielded suspect information of JUAN CARLOS VAZQUEZ OROZCO of Bryan, Texas. A witness identified VAZQUEZ OROZCO as the individual in a surveillance image captured during the robbery, and also identified the green Ford Ranger pickup truck as the vehicle VAZQUEZ OROZCO had been driving.

7. During the investigation to locate and arrest VAZQUEZ OROZCO, it was determined that he fled to Mexico, where he continues to reside today.

8. A confidential informant has provided information that corroborates VAZQUEZ OROZCO's location in Mexico.

9. Affiant has reason to believe that VASQUEZ OROZCO has fled the State of Texas and has remained a fugitive to this date.

10. Based on all of the aforementioned information in this Affidavit, AFFIANT respectfully submits that there is probable cause to believe that VAZQUEZ OROZCO has committed violations of Title 18, United States Code, Sections 1073, Unlawful Flight to Avoid Prosecution and 2113, Bank Robbery, respectively.

*[signature]*

7/2/2018

Subscribed and sworn to before me on this the 2nd day of July, 2018

*[signature]* Stephen␣ Smith

USMC